O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SA 10-455M |
| | ) |
| Plaintiff, | ) **ORDER OF DETENTION** |
| | ) |
| vs. | ) |
| | ) |
| JOSE JULIAN GUERRERO, | ) |
| | ) |
| Defendant. | ) |

I

A.    ( )    On motion of the Government in a case allegedly involving:

1.    ( )    a crime of violence.

2.    ( )    an offense with maximum sentence of life imprisonment or death.

3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years.

4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    (X)    On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

      1.    (X)    a serious risk that the defendant will flee.

      2.    ( )    a serious risk that the defendant will:

            a.    ( )    obstruct or attempt to obstruct justice.

            b.    ( )    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government ( ) is/ (X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.    (X)    The Court finds that no condition or combination of conditions will reasonably assure:

      1.    (X)    the appearance of the defendant as required.

      ( ) and/or

      2.    (X)    the safety of any person or the community.

B.    ( )    The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

1  destructive device;

2    B.    the weight of evidence against the defendant;

3    C.    the history and characteristics of the defendant; and

4    D.    the nature and seriousness of the danger to any person or the community.

5

6                                        IV

7         The Court also has considered all the evidence adduced at the hearing and the

8  arguments   and/or   statements   of   counsel,   and   the   Pretrial   Services

9  Report/recommendation.

10

11                                       V

12        The Court bases the foregoing finding(s) on the following:

13   A.    (X)    As to flight risk:

14   DEFENDANT    HAS    NOT    PROVIDED    ANY    BACKGROUND

15  INFORMATION AND HAS NO BAIL RESOURCES.

16   B.    (X)    As to danger:

17   DEFENDANT HAS A REPEATED HISTORY OF WEAPONS OFFENSES.

18                                       VI

19   A.    ( )    The Court finds that a serious risk exists the defendant will:

20         1.    ( )    obstruct or attempt to obstruct justice.

21         2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or

22         juror.

23   B.    The Court bases the foregoing finding(s) on the following:

24

25                                       VI

26   A.    IT IS THEREFORE ORDERED that the defendant be detained prior to

27   trial.

28   B.    IT IS FURTHER ORDERED that the defendant be committed to the

1    custody of the Attorney General for confinement in a corrections facility
2    separate, to the extent practicable, from persons awaiting or serving sentences
3    or being held in custody pending appeal.
4        C.        IT IS FURTHER ORDERED that the defendant be afforded reasonable
5    opportunity for private consultation with counsel.
6        D.        IT IS FURTHER ORDERED that, on order of a Court of the United
7    States or on request of any attorney for the Government, the person in charge
8    of the corrections facility in which defendant is confined deliver the defendant
9    to a United States marshal for the purpose of an appearance in connection with
10   a court proceeding.

11

12   DATED: November 10, 2010

13   _____
     MARC L. GOLDMAN
14   UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4